UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 07-93 (PAM/AJB)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER AMENDING JUDGMENT |
| ) | AND COMMITMENT ORDER |
| RICHARD ALLEN LANGE, ) | |
| ) | |
| Defendant. ) | |

The Judgment and Commitment Order, dated December 5, 2008, is amended as follows:

Financial One Credit Union shall have first priority for restitution paid by the defendant. CUNA Mutual shall have second priority. The total sums payable to each victim are unchanged.

Dated: January 29, 2009       s/Paul A. Magnuson
                              Hon. Paul A. Magnuson
                              United States District Court